UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-20549-CR-SCOLA/OTAZO-REYES

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

PHILIP ESFORMES et al.,

    Defendants.
_____/

**NOTICE OF ADDRESS CORRECTION
OF ASSISTED LIVING FACILITY KNOWN AS EDEN GARDENS**

Business entity ADAR Associates, LLC (owns assisted living facility known as Eden Gardens), ("Business Entity"), gives notice that the address of Eden Gardens in DEs 911 and 916 is incorrect.  The correct address for Eden Gardens is 12221 West Dixie Highway, North Miami, FL 33161.

Dated this 6th day of September, 2018.

    *BUSINESS ENTITY:* ADAR Associates, LLC
    (owns ALF doing business as Eden Gardens)

    DEVINE GOODMAN RASCO &
    WATTS-FITZGERALD, LLP

    */s/ Guy A. Rasco*
    Guy A. Rasco, Esq. (F.B.N. 727520)
    Averil Andrews, Esq. (F.B.N. 105700)
    *Attorneys for Business Entity*
    2800 Ponce de Leon Blvd. Suite 1400
    Coral Gables, Florida 33134
    Telephone: (305) 374-8200
    Email: grasco@devinegoodman.com
          aandrews@devinegoodman.com

And of Counsel:

Harvey M. Tettlebaum Esq.
Brian G. Flood, Esq.
Husch Blackwell, LLP
Attorneys for Business Entity
235 East High Street, P.O. Box 1251
Jefferson City, MO 65102-1251
Tel: (573) 761-1107
Email: harvey.tettlebaum@huschblackwell.com
*Appearing Pro Hac Vice*

2

DEVINE GOODMAN RASCO & WATTS-FITZGERALD, LLP
2800 PONCE DE LEON BOULEVARD | SUITE 1400 | CORAL GABLES, FLORIDA 33134 | P 305 374 8200 | F 305 374 8208

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of September, 2018, the foregoing document was electronically filed with the Clerk of Court by utilizing the CM/ECF System. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Guy A. Rasco*
Guy A. Rasco

# SERVICE LIST

**Alison W. Lehr, Esq.**
**Susan Torres, Esq.**
Assistant United States Attorney
Southern District of Florida
99 N.E 4th Street, Suite 700
Miami, FL 33132
Tel: (305) 961-9176
Email:
Alison.Lehr@usdoj.gov
Susan.Torres@usdoj.gov
*Counsel for Plaintiff*

**Elizabeth Young, Esq.**
U.S. Department of Justice
601 D Street NW Room 9237
Washington, DC 20530
Tel: (202) 532-4311
Email:
elizabeth.young@usdoj.gov
*Counsel for Plaintiff*

**Samuel Joseph Rabin, Jr., Esq.**
**Samuel J. Rabin, Esq.**
800 Brickell Avenue, Suite 1400
Miami, Florida 33131
Tel. (305) 358-1064
Email: sjr@miamilawyer.com
*Counsel for Odette Bracha*

**Orlando do Campo, Esq.**
Do Campo & Thornton, P.A.
Chase Bank Building
150 S.E. 2nd Avenue, Suite 602
Miami, Florida 33131
Tel: (305) 358-6600
Email: od@dandtlaw.com
*Counsel for Arnaldo Carmouze*

**Michael S. Pasano, Esq.**
Carlton Fields - Miami Tower
100 S.E. Second Street, Suite 4200
Miami, Florida  33131
Tel. (305) 530-0050;
Fax: (305) 530-0055
Email:
mpasano@carltonfields.com
*Counsel for Philip Esformes*

**Marissel Descalzo, Esq.**
Tache, Bronis, Christianson and Descalzo, P.A.
150 S.E. Second Ave., Suite 600
Miami, FL 33131
Tel: 305-537-9565;
Fax: 305-537-9567
Email:
mdescalzo@tachebronis.com
*Counsel for Philip Esformes*

**Roy Black, Esq.**
**Howard Srebnick, Esq.**
**Jackie Perczek, Esq.**
Black Srebnick Kornspan & Stumpf, P.A.
201 South Biscayne Boulevard, Suite 1300
Miami, Florida 33131
Tel: (305) 371-6421;
Fax: (305) 358-2006
Email:
Rblack@royblack.com
hsrebnick@royblack.com
jperczek@royblack.com
*Counsel for Philip Esformes*

**Susan Torres, Esq.**
United States Attorney's Office
99 NE 4th Street
Miami, FL 33132
Tel: (305) 961-9176
Fax: (305) 536-7599
Email: susan.torres@usdoj.gov
*Counsel for Plaintiff*

**Nalina Sombuntham, Esq.**
Assistant United States Attorney
99 NE 4th Street, 7th Floor
Miami, FL 33132
Tel: (305) 961-9224
Fax: (305) 536-7599
Email:
nalina.sombuntham.usdoj.gov
*Counsel for Plaintiff*

**Jessica Elise Elliott, Esq.**
United States Attorney's Office
99 NE 4th Street
Miami, FL 33132
Tel: (305) 961-9335
Fax: (305) 536-7599
Email: jessica.elliott@usdoj.gov
*Counsel for Plaintiff*