UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-CR-20549-SCOLA/OTAZO-REYES (s)(s)(s)

UNITED STATES OF AMERICA

vs.

ODETTE BARCHA,

          Defendant.

_____/

## FACTUAL BASIS

Beginning in or around January 2002, and continuing through in or around July 22, 2016, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant, ODETTE BARCHA ("BARCHA" or the "defendant"), did knowingly and willfully conspire and agreed with co-defendants Philip Esformes, Arnaldo Carmouze, and other co-conspirators, to: (a) defraud the United States; and (b) pay and receive illegal health care bribes and kickbacks, in violation of Title 18, United States Code, Section 371. BARCHA agrees that, had the case proceeded to trial, the United States would have proved the following facts beyond a reasonable doubt:

BARCHA was the registered agent and director of Barcha Consulting, Inc. ("Barcha Consulting"), a Florida corporation, and was the Director of Outreach Programs at Hospital 1. Hospital 1 was a hospital doing business in Miami-Dade County, purporting to provide services to Medicare and Medicaid beneficiaries. BARCHA paid kickbacks to physicians to refer patients to Hospital 1, often in the form of sham medical directorships or cash.

BARCHA's position at Hospital 1 gave her access to physicians who could discharge patients from Hospital 1 to assisted living facilities and skilled nursing facilities in Miami-Dade county that were owned or controlled by Philip Esformes (collectively, referred to as the "Esformes Network"). In order to facilitate and conceal this scheme, Philip Esformes, through companies owned and/or controlled by Gabriel and Guillermo Delgado, including Preferred Providers Group and Diversified Medical Group, paid BARCHA kickbacks via checks made payable to "Barcha Consulting" or A.H. BARCHA cashed these checks and then used the cash to pay the Hospital 1 physicians to refer Medicare and Medicaid patients from Hospital 1 to the Esformes Network, at the direction of Philip Esformes. The patients BARCHA obtained through the payment of kickbacks and bribes, at the direction of Philip Esformes, did not need or receive the medically unnecessary services.

Moreover, in response to a federal grand jury subpoena to Hospital 1, and in order to conceal the kickbacks paid to physicians BARCHA recruited on behalf of Philip Esformes, BARCHA created or caused to be created sham medical directorship contracts.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charges against me. It does not include all of the facts known to me concerning criminal activity in which I and others engaged. I make this statement knowingly and voluntarily and because I am in fact guilty of the crimes charged.

Date: 1/23/19

By: _____
ALLAN J. MEDINA
ELIZABETH YOUNG
JAMES HAYES
TRIAL ATTORNEYS
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

Date: 1/22/19

By: _____
ODETTE BARCHA
DEFENDANT

Date: 1/22/19

By: _____
SAMUEL J. RABIN, ESQ.
COUNSEL FOR ODETTE BARCHA